UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CIV 6799

ECF CASE

| | |
|---|---|
| Northern Valley Communications, Inc.    Plaintiff, | |
| -v- | Case No. _____ |
| Qwest Communications Corporation | **Rule 7.1 Statement** |
| Defendant. | |

RECEIVED
JUL 30 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Northern Valley Communications, Inc.         (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Plaintiff has no publicly held parents, affiliates, or subsidiaries.

Date: 7/29/08

Signature of Attorney

**Attorney Bar Code:** _____

Form Rule7_1.pdf   SDNY Web 10/2007