

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
------------------------------------------------------------X
NORTHERN VALLEY COMMUNICATIONS, L.L.C.,

        Plaintiff,                                      Case No. 08 CIV 6799

        -against-                                    AFFIDAVIT OF SERVICE

QWEST COMMUICATIONS CORPORATION

        Defendant.
------------------------------------------------------------X
STATE OF COLORADO    )
                      S.S.:
COUNTY OF DENVER     )

      LAYLA FLORA, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

      That on the 8th day of August, 2008, at approximately the time of 1:35 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; AND RULE 7.1 STATEMENT upon QWEST COMMUNICATIONS CORPORATION at The Corporation Company, 1675 Broadway, Suite 1200, Denver, CO, by personally delivering and leaving the same with KENDRA BARNES who informed deponent that she holds the position of Clerk with that company and is authorized by appointment to receive service at that address.

      KENDRA BARNES is a white female, approximately 26 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 170 pounds with _Tan_ hair.

LAYLA FLORA

Sworn to before me this
_14_ day of August, 2008

NOTARY PUBLIC

My Commission Expires 05/21/2012

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com