USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 26 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NORTHERN VALLEY COMMUNICATIONS, L.L.C.,

    Plaintiff,

        v.

QWEST COMMUNICATIONS CORPORATION

    Defendant.

Civil Action No. 08-CV-6799

(GBD)(GWG)

ECF Case

---

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties hereto that the time for the Defendant Qwest Communications Corporation to answer, move or otherwise respond to the Complaint in the above proceeding shall be extended from August 28, 2008 through and including September 12, 2008.

The Defendant has not previously requested an extension of time from the Court, and the extension requested herein will not affect any other scheduled dates in this proceeding.

Dated: August 21, 2008

| ROBINSON & MCDONALD LLP | DORSEY & WHITNEY LLP |
|---|---|
| By: Jayne S. Robinson, Esq. (JSR5781) | By: Eric B. Epstein, Esq. (EBE-8992) |
| 61 Broadway | 250 Park Avenue |
| New York, New York 10006 | New York, NY 10177 |
| (212) 953-3889 | (212) 415-9200 |
| *Attorneys for Plaintiff Northern Valley Communications LLC* | *Attorneys for Defendant Qwest Communications Corporation* |

IT IS SO ORDERED:

Dated: AUG 2 6 2008 , 2008.

Hon. George B. Daniels