Eric B. Epstein (EE-8992)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177
(212) 415-9200

*Attorneys for Defendant*
*Qwest Communications Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

NORTHERN VALLEY COMMUNICATIONS, L.L.C.,

    Plaintiff,

v.

QWEST COMMUNICATIONS CORPORATION,
    Defendant.

------------------------------------------------------------x

Civil Action No. 08-CV-6799
(GBD)(GWG)
ECF Case

**MOTION TO ADMIT**
**CHARLES W. STEESE**
**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Eric B. Epstein, Esq., a member of Dorsey & Whitney LLP, a Member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of Charles W. Steese of Steese & Evans, P.C., 6400 South Fiddlers Green Circle, Suite 1820, Denver, Colorado, 80203 (telephone no.: 720-200-0677; facsimile no.: 720-200-0679).

Charles W. Steese is a member in good standing of the bars of the states of Arizona and Colorado. There are no disciplinary proceedings against Charles W. Steese pending in any State or Federal Court. An affidavit of Eric B. Epstein with certificates of good standing regarding Mr. Steese, a proposed order, and filing fee of $25.00 are submitted in support of this Motion.

Dated: New York, New York
      August 25, 2008

          Respectfully submitted,

          Dorsey & Whitney LLP

By: _/s/ Eric Epstein_____
     Eric B. Epstein, Esq. (EBE8992)
     250 Park Avenue
     New York, New York 10177
     Telephone: (212) 415-9309
     Facsimile: (212) 953-7201
     epstein.eric@dorsey.com
     Attorneys for Defendant Qwest
     Communications Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORTHERN VALLEY COMMUNICATIONS, L.L.C.,

Plaintiff,

- against -

QWEST COMMUNICATIONS CORPORATION

Defendant.

8 cv 6799 (GBG) (GVG)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Eric B. Epstein, Esq. attorney for Qwest Communications Corp.
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Charles W. Steese |
| Firm Name: | Steese & Evans, P.C. |
| Address: | 6400 S. Fiddlers Green Circle, Suite 1820 |
| City/State/Zip: | Denver, Colorado 80111 |
| Telephone/Fax: | (720) 200-0677 |
| Email Address: | csteese@s-elaw.com |

is admitted to practice pro hac vice as counsel for Qwest Communications Corp. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

Eric B. Epstein (EE-8992)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177
(212) 415-9200

*Attorneys for Defendant*
*Qwest Communications Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

NORTHERN VALLEY COMMUNICATIONS, L.L.C.,

    Plaintiff,

v.

QWEST COMMUNICATIONS CORPORATION,
    Defendant.

-------------------------------------------------------------------x

Civil Action No. 08-CV-6799
(GBD)(GWG)
ECF Case

**AFFIDAVIT OF**
**ERIC B. EPSTEIN**
**IN SUPPORT OF.**
**MOTION TO ADMIT**
**CHARLES W. STEESE**
**PRO HAC VICE**

STATE OF NEW YORK    )
                             ) ss:
COUNTY OF NEW YORK  )

    Eric B. Epstein, Esq., being duly sworn, deposes and says as follows:

    1.    I am an associate at Dorsey & Whitney, LLP, attorneys in the captioned action for Defendant Qwest Communications Corporation. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Charles W. Steese as counsel pro hac vice to represent Defendant in this matter.

    2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York in 2004. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with the Court.

    3.    I have known Charles W. Steese since August 20, 2008.

4.  Mr. Steese is a partner at Steese & Evans, P.C., in Denver, Colorado and is a member in good standing of the bars of Arizona and Colorado, as indicated in Exhibit A attached hereto.

5.  I have found Mr. Steese to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6.  Accordingly, I am pleased to move this admission of Charles. W. Steese, *pro hac vice*.

7.  I respectfully submit a proposed order granting the admission of Charles W. Steese, *pro hac vice*.

WHEREFORE, it is respectfully requested that the motion to admit Charles W. Steese, pro hac vice, to represent Defendant Qwest Communication Corporation in the above captioned matter, be granted.

Dated:       August 25, 2008
City, State: New York, New York

Respectfully submitted,

Eric B. Epstein, Esq.
SDNY Bar Code: EBE8992

Sworn to before me this
25th day of August, 2008

Notary Public

TERRI-ANN TERTECHNY
Notary Public, State of New York
No. 01TE4697461
Qualified in Queens County
Commission Expires March 30, 20 11

2

# CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **CHARLES WALTER STEESE,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on October 21, 1989, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this 8th day of August, 2008.

_____
Leticia V. D'Amore
Disciplinary Clerk



## State of Colorado,

STATE OF COLORADO, ss:

I, **Susan J. Festag**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**CHARLES W STEESE**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **30th** day of **May** A. D. **1996** and that at the date hereof the said **CHARLES W STEESE** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **4th** day of **August** A. D. **2008**

**Susan J. Festag**

Clerk

Eric B. Epstein (EE-8992)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177
(212) 415-9200

*Attorneys for Defendant*
*Qwest Communications Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

NORTHERN VALLEY COMMUNICATIONS, L.L.C.,

    Plaintiff,

v.

QWEST COMMUNICATIONS CORPORATION,
    Defendant.

------------------------------------------------------------------x

Civil Action No. 08-CV-6799
(GBD)(GWG)
ECF Case

**AFFIRMATION OF SERVICE**

Eric B. Epstein hereby affirms under penalty of perjury as follows:

1) I am an attorney admitted to the practice of law in the State of New York and before the Southern District of New York and am counsel to Defendant Qwest Communications Corporation.

2) On August 25, 2008, I caused to be served by hand on Jayne S. Robinson, Esq., attorney for Plaintiff Northern Valley Communications, L.L.C., whose address is Robinson & McDonald LLP, 61 Broadway, Suite 1415, New York, New York 10006, the following: (i) Motion to Admit Charles W. Steese, Esq. Pro Hac Vice, and (ii) Affidavit of Eric B. Epstein, Esq. in Support of Motion to Admit Charles W. Steese, Esq. Pro Hac Vice.

3) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*[signature: Eric Epstein]*
Eric B. Epstein, Esq. (EBE8992)
250 Park Avenue
New York, New York 10177
Phone: (212) 415-9309
Facsimile: (212) 953-7201
epstein.eric@dorsey.com
Attorneys for Defendant Qwest
Communications Corporation

Executed at New York, New York
August 25, 2008

2