**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

| | |
|---|---|
| NORTHERN VALLEY COMMUNICATIONS, L.L.C., | Civil Action No. 08-CV-6799 (GBD) (GWG) ECF Case |
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION TO TRANSFER ACTION PURSUANT TO 28 U.S.C. SECTION 1404(a)** |
| QWEST COMMUNICATIONS CORPORATION, Defendant. | |

-------------------------------------------------------------------x

Defendant QWEST COMMUNICATIONS CORPORATION, upon the accompanying Memorandum of Law in support of this motion, the Declaration of Lisa Hensley Eckert dated September 2, 2008, the Declaration of Charles W. Steese dated August 29, 2008, all documents attached to those Declarations, and the pleadings herein, hereby moves this Court, before the Honorable George B. Daniels, United States District Judge, for an order pursuant to 28 U.S.C. Section 1404(a) granting a transfer of this action to the United States District Court for the District of South Dakota.

Dated: New York, New York
September 2, 2008

          Respectfully submitted,

          Dorsey & Whitney LLP

          By: _____/s/ Eric B. Epstein_____
          Eric B. Epstein, Esq. (EBE-8992)
          250 Park Avenue
          New York, New York 10177
          Telephone: (212) 415-9309
          Facsimile: (212) 953-7201
          epstein.eric@dorsey.com

          Steese & Evans, P.C.
          Charles W. Steese (pro hac vice
          application pending)
          6400 S. Fiddlers Green Circle
          Suite 1820
          Denver, Colorado 80111
          Telephone: (720) 200-0677
          Facsimile: (720) 200-0679
          csteese@s-elaw.com

          Attorneys for Defendant Qwest
          Communications Corporation