UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

NORTHERN VALLEY COMMUNICATIONS, L.L.C.,

    Plaintiff,

v.

QWEST COMMUNICATIONS CORPORATION,
    Defendant.

-----------------------------------------------------------------------x

Civil Action No. 08-CV-6799
(GBD) (GWG)
ECF Case

**DECLARATION OF CHARLES W. STEESE IN SUPPORT OF MOTION TO TRANSFER ACTION PURSUANT TO 28 U.S.C. SECTION 1404(a)**

I, CHARLES W. STEESE, do depose on oath and state as follows

1.    I am the principal of the law firm of Steese & Evans, P.C., 6400 S. Fiddlers Green Circle, Suite 1820, Denver, CO 80111, lead trial counsel to the Defendant, Qwest Communications Corporation ("Qwest"), in the above-captioned action.

2.    This case presents a fact pattern known in the telecommunications industry as "traffic pumping." I have represented Qwest in similar traffic pumping lawsuits in the state of Iowa. I have also had involvement in a lawsuit pending before the Federal Communications Commission ("FCC"). I have participated in obtaining substantial discovery in the Iowa case pending before the Iowa Utilities Board, and in the action pending before the FCC.

3.    Qwest intends to depose, and call as witnesses several non-officer employees of Northern Valley, including Rick Stugelmayer, Northern Valley's Plant Operations and Sales Manager; Russ Claussen, Network Operations Manager; and Kristi Larson, Marketing Director. These are the types of employees who, in my experience in other traffic pumping lawsuits, have the necessary detailed information about interactions with FCSCs and how calls are directed

through the network. Based on my review of Northern Valley's website, it appears that all of these persons are located in South Dakota.

4. Based on Qwest's investigation to date of Northern Valley's traffic pumping and its known Free Calling Service Companies (FCSCs), Qwest is not aware of any persons located within the State of New York or within 100 miles of the Court, whom Qwest intends to call as potential witnesses for this case. It is possible that Qwest will call a witness from VAPPs, Inc., which is headquartered in Hoboken, New Jersey.

5. I expect that a substantial amount of the relevant evidence in this case will consist of documents in Northern Valley's office in South Dakota (without limitation, documents such as call detail records on the traffic in question; contracts and correspondence with FCSCs; documentation regarding its various network equipment; correspondence with others regarding traffic pumping, etc.) and personal knowledge of its officers and technical network employees.

6. In addition, I expect Qwest will request a physical inspection of Northern Valley's central offices and its parent (James Valley Cooperative Telephone Company of Groton)'s central offices as well. James Valley is likewise located in South Dakota.

7. Qwest will assert counterclaims, including counterclaims against Northern Valley, some of which will be based on South Dakota law.

8. Qwest's travel costs and expenditure of time for an action in the South Dakota District Court will be substantially less than for an action in the Southern District of New York.

9. *Attachment A* to this declaration is a true and correct copy of Northern Valley's civil action cover sheet in this case.

I declare under penalty of perjury that the foregoing is true and correct, executed this 29th day of August, 2008.

                                                _____
                                                Charles W. Steese

# ATTACHMENT A

JS 44C/SDNY
REV. 1/2008

CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Northern Valley Communications, Inc. | Qwest Communications Corporation |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Robinson & McDonald LLP<br>61 Broadway, Suite 1415, NY, NY 10006 (212 953-3400) | |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

47 U.S.C. §§ 201, et seq.; 28 U.S.C. § 1332 (Breach of Federal Tariff for Long Distance Telephone Access Service)

Has this or a similar case been previously filed in SDNY at any time? No? [ ] Yes? [✓]   Judge Previously Assigned William H. Pauley, III

If yes, was this case Vol.[ ] Invol.[ ] Dismissed. No [✓] Yes [ ] If yes, give date _____ & Case No. _____

(PLACE AN [x] IN ONE BOX ONLY)    NATURE OF SUIT

TORTS                                              ACTIONS UNDER STATUTES

**CONTRACT**
- [ ] 110 INSURANCE
- [ ] 120 MARINE
- [ ] 130 MILLER ACT
- [ ] 140 NEGOTIABLE INSTRUMENT
- [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- [ ] 151 MEDICARE ACT
- [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
- [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
- [ ] 160 STOCKHOLDERS SUITS
- [X] 190 OTHER CONTRACT
- [ ] 195 CONTRACT PRODUCT LIABILITY
- [ ] 196 FRANCHISE

**PERSONAL INJURY**
- [ ] 310 AIRPLANE
- [ ] 315 AIRPLANE PRODUCT LIABILITY
- [ ] 320 ASSAULT, LIBEL & SLANDER
- [ ] 330 FEDERAL EMPLOYERS' LIABILITY
- [ ] 340 MARINE
- [ ] 345 MARINE PRODUCT LIABILITY
- [ ] 350 MOTOR VEHICLE
- [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
- [ ] 360 OTHER PERSONAL INJURY

**PERSONAL INJURY**
- [ ] 362 PERSONAL INJURY - MED MALPRACTICE
- [ ] 365 PERSONAL INJURY PRODUCT LIABILITY
- [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
- [ ] 370 OTHER FRAUD
- [ ] 371 TRUTH IN LENDING
- [ ] 380 OTHER PERSONAL PROPERTY DAMAGE
- [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**
- [ ] 441 VOTING
- [ ] 442 EMPLOYMENT
- [ ] 443 HOUSING/ACCOMMODATIONS
- [ ] 444 WELFARE
- [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
- [ ] 446 AMERICANS WITH DISABILITIES -OTHER
- [ ] 440 OTHER CIVIL RIGHTS

**REAL PROPERTY**
- [ ] 210 LAND CONDEMNATION
- [ ] 220 FORECLOSURE
- [ ] 230 RENT LEASE & EJECTMENT
- [ ] 240 TORTS TO LAND
- [ ] 245 TORT PRODUCT LIABILITY
- [ ] 290 ALL OTHER REAL PROPERTY

**PRISONER PETITIONS**
- [ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
- [ ] 530 HABEAS CORPUS
- [ ] 535 DEATH PENALTY
- [ ] 540 MANDAMUS & OTHER
- [ ] 550 CIVIL RIGHTS
- [ ] 555 PRISON CONDITION

**FORFEITURE/PENALTY**
- [ ] 610 AGRICULTURE
- [ ] 620 OTHER FOOD & DRUG
- [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- [ ] 630 LIQUOR LAWS
- [ ] 640 RR & TRUCK
- [ ] 650 AIRLINE REGS
- [ ] 660 OCCUPATIONAL SAFETY/HEALTH
- [ ] 690 OTHER

**LABOR**
- [ ] 710 FAIR LABOR STANDARDS ACT
- [ ] 720 LABOR/MGMT RELATIONS
- [ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
- [ ] 740 RAILWAY LABOR ACT
- [ ] 790 OTHER LABOR LITIGATION
- [ ] 791 EMPL RET INC SECURITY ACT

**IMMIGRATION**
- [ ] 462 NATURALIZATION APPLICATION
- [ ] 463 HABEAS CORPUS- ALIEN DETAINEE
- [ ] 465 OTHER IMMIGRATION ACTIONS

**BANKRUPTCY**
- [ ] 422 APPEAL 28 USC 158
- [ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 COPYRIGHTS
- [ ] 830 PATENT
- [ ] 840 TRADEMARK

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 BLACK LUNG (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID TITLE XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 TAXES (U.S. Plaintiff or Defendant)
- [ ] 871 IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**
- [ ] 400 STATE REAPPORTIONMENT
- [ ] 410 ANTITRUST
- [ ] 430 BANKS & BANKING
- [ ] 450 COMMERCE
- [ ] 460 DEPORTATION
- [ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
- [ ] 480 CONSUMER CREDIT
- [ ] 490 CABLE/SATELLITE TV
- [ ] 810 SELECTIVE SERVICE
- [ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
- [ ] 875 CUSTOMER CHALLENGE 12 USC 3410
- [ ] 890 OTHER STATUTORY ACTIONS
- [ ] 891 AGRICULTURAL ACTS
- [ ] 892 ECONOMIC STABILIZATION ACT
- [ ] 893 ENVIRONMENTAL MATTERS
- [ ] 894 ENERGY ALLOCATION ACT
- [ ] 895 FREEDOM OF INFORMATION ACT
- [ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
- [ ] 950 CONSTITUTIONALITY OF STATE STATUTES

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____  OTHER _____

Check YES only if demanded in complaint
JURY DEMAND: [✓] YES [ ] NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

JUDGE Pauley    DOCKET NUMBER 07 CIV 0811 (WHP)

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

SAME ISSUE; see also 08CV6798
(same plaintiff; same
is...