UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

NORTHERN VALLEY COMMUNICATIONS, L.L.C.,

    Plaintiff,

v.

QWEST COMMUNICATIONS CORPORATION,
    Defendant.

------------------------------------------------------------------x

Civil Action No. 08-CV-6799 (GBD) (GWG)
ECF Case

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

PURSUANT TO RULE 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant Qwest Communications Corporation ("Qwest") certifies the following information to the court:

The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that are related to Qwest as a parent, subsidiary, or affiliate and are publicly traded, and any publicly held corporation owning 10% or more of Qwest's (or its parents') common stock:

Qwest Communications Corporation is a wholly owned subsidiary of Qwest Services Corporation, which in turn is a wholly owned subsidiary of Qwest Communications International Inc., a publicly traded company (NYSE ticker symbol: "Q").

Based on a review of current Schedule 13D's and 13G's (disclosures of beneficial ownership exceeding five per cent of the company's common stock) on file as of this date with the Securities and Exchange Commission, Qwest states that the following companies are beneficial owners of 10% or more of the common stock of Qwest Communications International Inc.:

    Capital World Investors

FMR LLC

Dated: New York, New York
September 2, 2008.

                         Respectfully submitted,

                         Dorsey & Whitney LLP

                         By: _____/s/ Eric B. Epstein_____
                         Eric B. Epstein, Esq. (EBE-8992)
                         250 Park Avenue
                         New York, New York 10177
                         Telephone: (212) 415-9309
                         Facsimile: (212) 953-7201
                         epstein.eric@dorsey.com

                         Charles W. Steese (pro hac vice application pending)
                         STEESE & EVANS, P.C.
                         6400 S. Fiddlers Green Circle, Suite 1820
                         Denver,  Colorado 80111
                         Telephone: (720) 200-0676
                         Facsimile:  (720) 200-0679
                         Email:  csteese@s-elaw.com

                         Attorneys for Defendant Qwest Communications
                         Corporation