SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORTHERN VALLEY COMMUNICATIONS, L.L.C., Plaintiff,

- against -

QWEST COMMUNICATIONS CORPORATION Defendant.

8 cv 6799 (GBG) (GVG)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 0 3 2008

Upon the motion of Eric B. Epstein, Esq. attorney for Qwest Communications Corp.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Charles W. Steese |
| Firm Name: | Steese & Evans, P.C. |
| Address: | 6400 S. Fiddlers Green Circle, Suite 1820 |
| City/State/Zip: | Denver, Colorado 80111 |
| Telephone/Fax: | (720) 200-0677 |
| Email Address: | csteese@s-claw.com |

is admitted to practice pro hac vice as counsel for Qwest Communications Corp. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: SEP 0 3 2008
City, State:

*George B. Daniels* (signature)
HON. GEORGE B. DANIELS

FOR OFFICE USE ONLY  FEE PAID $         SDNY RECEIPT#
SDNY Form Web 10/2006